United States District Court, For the Northern District of
California, At San Francisco, Cal.

E-filing

Tyrone Hurt
#381-3984
801 Penn. Ave. N.W.
W.D.C. 20008

CV 09    3387    Action
No.    MEJ

Mr. Eddie Cooper,
Mr. Lois Cooper,
Mrs. Claire Cooper, et. al.,     Plaintiffs,
Mr. Cherry Cooper,               Appellant,
                      V.

D.C. Govt., et. al.,
U.S. Govt., et. al.,
U.S.A., et. al.,
                 Defendants,

**FILED**

JUL 23 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Complaint.

1. Jurisdiction of this Honorable Court is pursuant
to Title 42, Section 1983, U.S.C., Title 28, Section
1330, U.S.C., Title 28, Section 1331 + 1332, U.S.C.,
Title 28, Section 1775, U.S.C. and the U.S.
Constitution, (1775-).

2. I demand a trial by a jury on
all the issues involved.

3. I am a citizen of the D.C. and Plaintiffs
et. al. are citizens of the D.C. and the U.S.A.,
et. al.

(2)

2). The amount in controversy exceeds $75,000.00
dollars exclusive of interest and cost.

(Statement of the Facts.
Memorandum of Law.

1. The Plaintiff respectfully states that during
an era of 1960, within, the center of the
world, W.D.C., Blacks, could not walk the
Democratic, streets, within, the center of the
world, W.D.C., and the point of very early
childhood, until, young adulthood, the racial
naming — calling — trieds — then — Blacks, not —
to public schools, at, then, was free and
truely, accessible to the children of the
center of the world, W.D.C., before, 1951 —
and thereafter, (Note: 2009 —), which were in
violation of our Eighth (8th), Fifth (5th), and
Fourteenth (14th) Amendment Rights to the U.S.,
Constitution, (1775 —) and in violation of
humanitarian rights and orders!

are respectfully states that I have upon this 12th day of May, 09, have sent the foregoing complaints, to the U.S. Dist. Ct. for the Northern Dist. of California, to make service upon the atts. for the defendants, et. al.

Respectfully submitted,
(signature)
(Plaintiff)
(Haines v. Kerner)
(1972)

C/o: Mr. Cherry Cooper,
(Plaintiff)
Respectfully submitted,
(signature)
(Haines v. Kerner)
(1972),

Mr. Lois Cooper,
(Plaintiff)
Respectfully submitted,
(signature)
(Haines v. Cooper)
(Haines v. Cooper)
(1972),

(To: Ping Cooper,
et. al.

Respectfully Submitted,
Ryan Hunt
(Paint U. Farmer)
(1972).

*untitled: exhibit attaches herstotone: Mission Statement.*



## Mission Statement

The NAACP ensures the political, educational, social and economic equality of minority groups and citizens; achieves equality of rights and eliminates race prejudice among the citizens of the United States; removes all barriers of racial discrimination through the democratic processes; seeks to enact and enforce federal, state and local laws securing civil rights; informs the public of the adverse effects of racial discrimination and seeks its elimination; educates persons as to their constitutional rights and to take all lawful action in furtherance of these principles.

NAACP • 4805 Mt. Hope Drive • Baltimore, MD 21215
**www.naacp.org**

*Md. W. Exhibit 1 Attaches herto too!*

## Google

| blacks law dictionary meaning of; democracy 2009 | | Search | Advanced Search Preferences |

**Web**    Results **1 - 10** of about **64,200** for **blacks law dictionary meaning of; democracy 2009** (0.25 seconds)

### Black's Law Dictionary Revealed as Hoax! | KnowTheLies.com - The ...
Fertility (not verified). 04/28/**2009** - 6:07am. The party is over for the ... **Black Law Dictionary**. Anonymous (not verified) | Sun, 04/27/2008 - 12:47am ... prove the fallacy of the **law dictionary** is actually a legal term from Roman **law meaning** "In ... economic, **democracy**, scientific, and social justice issues, etc. ...
www.knowthelies.com/?q=node/1551 - 36k - Cached - Similar pages

### Republic vs. Democracy
[**Black's Law Dictionary**, Fifth Edition, p. 626]. **Democracy**. That form of government in which the sovereign power resides in and is exercised by the whole ...
www.1215.org/lawnotes/lawnotes/repvsdem.htm - 9k - Cached - Similar pages

### Dictionaries recognize same-sex marriage. - By Daniel Redman ...
By Daniel RedmanPosted Tuesday, April 7, **2009**, at 4:26 PM ET ... The American Heritage Dictionary, **Black's Law Dictionary**, ... was "not only a pedagogue, but a Calvinist and a foe of **democracy**. ... The court found that "the primary **dictionary** definition normally expresses the 'ordinary **meaning**' of the word being ...
www.slate.com/id/2215628/ - 42k - Cached - Similar pages

### Amazon.com: A Handbook of Criminal Law Terms (Black's Law ...
Customers buy this book with **Black's Law Dictionary**, Eighth Edition .... 5.0 out of 5 stars **BLACK'S CRIMINAL LAW** TERMS, February 1, **2009** ... For the ones who are not familiar with criminal **law** terms or have doubts about their **meaning**, this **dictionary** is ... Taiwanese Future Liberal Capitalistic **Democracy**: A list by ...
www.amazon.com/Handbook-Criminal-Terms-**Blacks-Dictionary**/dp/0314243224 - 217k - Cached - Similar pages

### Books: Black's Law Dictionary Digital Bundle, with Bonus Black's ...
Aug 10, 2008 ... Author: Bryan A. Garner (Author), Title: **Black's Law Dictionary** ... Restorative Justice and **Democracy** (Paperback) ~ Lode Walgrave (Author) ] ...
www.tower.com/**blacks-law-dictionary**-digital-bundle-with-bonus-bryan-a-garner-other/wapi/112353664 - 121k - Cached - Similar pages

### Pace Law Library: Black's Law Dictionary on iPhone
Apr 27, 2009 ... The **Black's Law** application is available for purchase through the iPhone Apple Store for $49.99. ... Center for **Democracy** & Technology and CRS Reports ... Pace **Law** Library New Acquisitions: February **2009** ...
pacelawlibrary.blogspot.com/**2009**/04/**blacks-law-dictionary**-on-iphone.html - 82k - Cached - Similar pages

### Black S Law Dictionary: Bryan A. Garner: Books 0314151990: Buy ...
Buy **Black S Law Dictionary** in India. Price:Rs.4152 Discount:11% + Free Shipping on 0314151990 **Black S Law** ... 2007-2009 Flipkart.com: Online Book Store. ...
www.flipkart.com/**black-law-dictionary**-bryan-garner/0314151990-otw3fhz9qc - 38k - Cached - Similar pages

### Jacksonian Democracy – Dictionary definition of Jacksonian ...
Definition of Jacksonian **Democracy** – Our online **dictionary** has Jacksonian **Democracy** ... antislavery's intrusion into politics and to curtail the liberties of free **blacks**. .... (May 12, **2009**). http://www.encyclopedia.com/doc/1G2-3401802166.html .... Encyclopedia entry from: West's Encyclopedia of American **Law** ...
www.encyclopedia.com/doc/1G2-3401802166.html - 97k - Cached - Similar pages

### Rule of law - Wikipedia, the free encyclopedia
**Black's Law Dictionary** page 1196 (Fifth Edition, 1979): ... the rule of **law** has purely

formal characteristics, **meaning** that the **law** must be publicly declared, with prospective application, ... Some believe that **democracy** is part of the rule of **law**. .... This page was last modified on 11 May **2009**, at 23:51 (UTC). ...
en.wikipedia.org/wiki/Rule_of_**law** - 75k - Cached - Similar pages

Groups Discussing civil **law** definition | Yahoo! Groups
To understand the above word definition please refer to **Black€ ®s Law Dictionary** to get factual definitions Goal of Blog: We do want to develop 2 separate ...
groups.yahoo.com/phrase/civil-**law**-definition - 66k - Cached - Similar pages

**1 2 3 4 5 6 7 8 9 10     Next**

blacks law dictionary meaning of; democracy 2009          Search

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve - Try Google Experimental

Google Home - Advertising Programs - Business Solutions - Privacy - About Google

Web  Images  Maps  News  Video  Gmail  more ▼

Sign in

Google | the history of the exclusions of blacks 2009 | [Search]  Advanced Search  Preferences

**Web**   Results **1 - 10** of about **1,690,000** for **the history of the exclusions of blacks** 2009. (0.21 seconds)

## BLACK ENTERPRISE » Study: C-Suite **Exclusion of Black** Women Due to ...

Sponsored Links

**Black History**
Get better answers and references
on Ask.com. Use Ask.com now!
www.ask.com

Mar 9, 2009 ... **BLACK** ENTERPRISE is your ultimate source for wealth creation and financial empowerment. **BLACK** ENTERPRISE is Wealth For Life.
www.blackenterprise.com/careers/2009/03/09/study-c-suite-**exclusion-of-black**-women-due-to-inadequate-visibility-networks/ - 57k - Cached - Similar pages

## Operation **Black** Vote - From **History** of **Exclusion** to Trailblazers ...

Operation **Black** Vote -- the home of **Black** Politics. ... From **History** of **Exclusion** to Trailblazers of Democracy .... (C) 2009 Operation **Black** Vote.
www.obv.org.uk/index.php?option=com_content&task=view&id=1071&Itemid=132 - 24k - Cached - Similar pages

## Kids aware of the **exclusion of Blacks** and women from US presidency

RSS feed for comments on Kids aware of the **exclusion of Blacks** ... All Copyrights reserved 2007, 2008, **2009** - Thaindian.com Company Limited ...
www.thaindian.com/newsportal/india.../kids-aware-of-the-**exclusion-of-blacks**-and-women-from-us-presidency_10010396... - 61k - Cached - Similar pages

## race/**history**/evolution notes: Miscegenation

Education is not a significant predictor of Asian **exclusion**, but college-educated .... April 16, **2009** 12:13 PM. **black** women who are unusually racially ...
racehist.blogspot.com/**2009**/04/miscegenation.html - 112k - Cached - Similar pages

## **Exclusion** must be a last resort, says Boris Johnson | Education ...

Feb 5, 2009 ... Johnson called for more **black** teachers in London schools to help turn around the disproportionately high rate of **exclusion of black** pupils. ... Share · Clip this Clip · Contact us; Article **history** ... This article was first published on guardian.co.uk at 14.56 GMT on Thursday 5 February **2009**. ...
www.guardian.co.uk/education/**2009**/feb/05/boris-**exclusion-black**-pupils - 91k - Cached - Similar pages

## **Exclusion** crisis - **History** of **Exclusion** crisis | Encyclopedia.com ...

**Exclusion** crisis - **History** of **Exclusion** crisis from The Oxford Companion to British **History** at ... Magazine article from: **Black** Enterprise; 3/1/**2009**; ...
www.encyclopedia.com/doc/1O110-**Exclusion**crisis.html - 81k - Cached - Similar pages

## Happy **Black History** Month! | Now and Then: an American Social ...

Happy **Black History** Month! **2009** February 6 ... But this contradiction, this **exclusion of Black** human beings from the pride of Southern heritage in the ...
ashp.cuny.edu/nowandthen/?p=386 - 28k - Cached - Similar pages

## DOD OBSERVANCE OF NATIONAL AFRICAN AMERICAN **HISTORY** MONTH FEBRUARY ...

DOD OBSERVANCE OF NATIONAL AFRICAN AMERICAN **HISTORY** MONTH FEBRUARY **2009** ... THIS YEAR, THE DEPARTMENT OF DEFENSE THEME, "THE QUEST FOR **BLACK** CITIZENSHIP ... AFTER A PERIOD OF **EXCLUSION**, AFRICAN

AMERICANS GAINED THE RIGHT TO SERVE IN THE ...
www.marines.mil/news/messages/Pages/MARADMIN0002-09.aspx - 64k -
Cached - Similar pages

Project MUSE - Reviews in American **History** - White, **Black**, and ...
Mar 10, 2009 ... groups as Japanese residents faced total **exclusion** and African Americans
witnessed .... (**2009**). White, **black**, and yellow: Rethinking multiethnic los angeles. ...
Reviews in American **History** 37, no. 1 (**2009**): 110-116. ...
muse.jhu.edu/journals/reviews_in_american_**history**/v037/37.1.putman.html - Similar pages
by JC Putman - 2009

American Medical Association Apologizes For 'Past **History** Of ...
Jul 14, 2008 ... and **exclusion of blacks** from medical schools, hospital staffs and .... 05
Jan **2009**. A new US study found that even short term use of ...
www.medicalnewstoday.com/articles/114819.php - 56k - Cached - Similar pages

1 2 3 4 5 6 7 8 9 10          **Next**

the history of the exclusions of blacks 2009          Search

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve - Try Google Experimental

Google Home - Advertising Programs - Business Solutions - Privacy - About Google

Web  Images  Maps  News  Video  Gmail  more ▼

Google    | humanitirian rights and order 2009 |    Search    Advanced Search
Preferences

--------

**Web**                          Results **1 - 10** of about **1,690,000** for humanitirian <u>rights</u> and <u>order</u> 2009 (0.29 seconds)

Did you mean: ***humanitarian* rights and order 2009**

## MOTION FOR A RESOLUTION on the **humanitarian** situation of Camp ...

Document selected : B6-0249/**2009**. Texts tabled : B6-0249/**2009**. Debates : ... having
regard to the Human **Rights** Watch report 'No Exit: Human **Rights** Abuses ... Iraqi Ministry
of Human **Rights** and the media to all parts of the camp in **order** ...
www.europarl.europa.eu/sides/getDoc.do?type=MOTION&reference=B6-**2009**-
0249&language=EN - Similar pages

## OMCT - Human **Rights** Defenders > Closure of NGOs / Eviction of ...

On March 4, **2009**, Sudanese authorities also ordered ten foreign aid NGOs to ... The
crackdown against human **rights** and **humanitarian** NGOs and human **rights** ... and cancel
the expulsion **order** faced by the ten relief and **humanitarian** NGOs. ...
www.omct.org/index.php?id=&lang=eng&articleSet=Appeal&articleId=8425 - 24k -
Cached - Similar pages

## Dominican Network | the delegation of the **Order** of Preachers to ...

12 Jan **2009**. Dominicans **order** condems the grave violations of Human **Rights** in the
Occupied Palestinian Territory including the recent aggression of the ...
un.op.org/en/taxonomy/term/2032 - 27k - Cached - Similar pages

## UNICEF - **Humanitarian** Action Report **2009** - UNICEF **humanitarian** ...

The **Humanitarian** Action Report (HAR) is UNICEF's annual **humanitarian** funding ... or
any other situation which puts at risk the **rights** and well-being of women and ... in **order** to
enhance efficient and timely **humanitarian** action and to ...
www.unicef.org/har09/index_lead.html - 22k - Cached - Similar pages

## The Raoul Wallenberg Institute of Human **Rights** and **Humanitarian** Law

Mar 1, 2000 ... The Raoul Wallenberg Institute of Human **Rights** and **Humanitarian** Law is
an independent academic institution. ... in **order** to honour his work in the cause of
humanity. ... Page updated: Friday, 24-Apr-**2009** 15:23:40 MEST ...
www.rwi.lu.se/ - 14k - Cached - Similar pages

## ReliefWeb » Document » Burundi Weekly **Humanitarian** News, 19 - 25 ...

Burundi Weekly **Humanitarian** News, 19 - 25 Jan **2009** ... to implement without delay of the
fast actions in **order** to contain the threat of food shortage. ... The Independent Expert on
the human **rights** situation in Burundi, Mr. Akich Okola, ...
wwww.reliefweb.int/rw/rwb.nsf/db900SID/LSGZ-7NVHEJ?OpenDocument - 28k -
Cached - Similar pages

## The **Humanitarian** Monitor: OPT (March **2009**) - OCHA report (31 March ...

As a result the children were forced to take a detour in **order** to avoid settlers in ..... One of
these was raised in a report addressing the human **rights** impact of the ..... **Humanitarian**
activities in Gaza included in the revised **2009**, ...
domino.un.org/unispal.nsf/3822b5e39951876a85256b6e0058a478/
22cd06c9b7bfecf28525759e006aca0d!OpenDocu... - 64k - Cached - Similar pages

## "The **humanitarian** forum is not about marketing" | Human **Rights** ...

In **order** to have access to prisoners of war, it needs confidentiality and can not be ... 16
April **2009**. NSA. "The **humanitarian** forum is not about marketing" ...
www.humanrights-geneva.info/The-**humanitarian**-forum-is-not,1554 - 36k -
Cached - Similar pages

## Bjornstol, 'Human **Rights** Law Education in China', [**2009**] 1 Web JCLI

In **2009** the NCHR has thus decided to start organising a new annual basic introductory
course in international human **rights** law in **order** to recruit brand new ...
webjcli.ncl.ac.uk/**2009**/issue1/bjornstol1.html - 40k - Cached - Similar pages
by EP Bjornstol - Related articles

OHCHR in Colombia (2008-**2009**)
High Commissioner's Strategic Management Plan 2008-**2009** ... special procedures, the
High Commissioner and the UPR, in **order** to assist individuals and groups ... Presidential
Programme on Human **Rights** and International **Humanitarian** Law ...
www.ohchr.org/EN/Countries/LACRegion/Pages/COSummary0809.aspx - 34k -
Cached - Similar pages

Did you mean to search for: ***humanitarian*** rights and order 2009

**1** 2 3 4 5 6 7 8 9 10    **Next**

humanitirian rights and order 2009    Search

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve - Try Google Experimental

Google Home - Advertising Programs - Business Solutions - Privacy - About Google

Web  Images  Maps  News  Video  Gmail  more ▾

Sign in

Google | u.s. constution 1775 | Search | Advanced Search Preferences

Web  Books

Results **1 - 10** of about **211,000** for **u.s. constution 1775**. (0.28 seconds)

Did you mean: u.s. **constitution** 1775.

Sponsored Links

**The US Constitution**
Teacher Lesson Plans. Free!
Teach kids using primary sources
www.ConSource.org

The USConstitution.net Timeline - The **U.S. Constitution** Online ...

A timeline of events of and relating to the **US Constitution**, US history, ... begins **1775**/05/10 NA - Second Continental Congress convenes **1775**/07/21 NA - Ben ...
www.**us**con**stitution**.net/consttime.html - 29k - Cached - Similar pages

Benjamin Franklin's Articles of Confederation - The **U.S.** ...

May 10, 2008 ... **U.S. Constitution** Online ... The Second Continental Congress convened on May 10, **1775**. .... Celebrate **Constitution** Day ...
www.**us**con**stitution**.net/franklinart.html - 23k - Cached - Similar pages

The University of Oklahoma College of Law: A Chronology of **US** ...

A Chronology of **US** Historical Documents. ... 14, 1786); Letter of Transmittal of the **U.S. Constitution** (Sept. .... 18th Century. 1701-1774 · **1775**-1800 ...
www.law.ou.edu/hist/ - 45k - Cached - Similar pages

FindLaw: **U.S. Constitution**: Article I: Annotations pg. 49 of 58

**U.S. Constitution**: Article I ... [Footnote **1775**] Peck & Co. v. Lowe, 247 **U.S.** 165 (1918); National Paper Co. v. Bowers, 266 **U.S.** 373 (1924). ...
caselaw.lp.findlaw.com/data/**constitution**/article01/49.html - 23k - Cached - Similar pages

Avalon Project - The American **Constitution** - A Documentary Record

Declaration of the Causes and Necessity of Taking Up Arms : July 6, **1775** ... **United States Constitution**. Ratification and Formation of the Government ...
avalon.law.yale.edu/subject_menus/constpap.asp - 17k - Cached - Similar pages

The Federalist Papers - Google Books Result

by Alexander Hamilton, John Jay, James Madison - 2006 - History - 656 pages
This edition also includes The Articles of Confederation of the United States, and The Declaration of Independence.
books.google.com/books?isbn=159605266X...

**United States**. **Constitution**. 1st-10th Amendments | LibraryThing

Books under subject heading **United States**. **Constitution**. ... 1600-**1775** (2). **United States** › History › Colonial period, ca. 1600-**1775** (2) ...
www.librarything.com/subject/United+States.+**Constitution**.+1st-10th+amendments - 53k - Cached - Similar pages

Thomas Mifflin, Signer of the **U.S. Constitution**

Nov 19, 2005 ... He was a signer of the **US Constitution**, a delegate from Pennsylvania. ... Meanwhile, he had helped to raise troops and in May **1775** won ...
www.adherents.com/people/pm/Thomas_Mifflin.html - 7k - Cached - Similar pages

Articles of Confederation, **US Constitution**, **Constitution** Day ...

The Articles Of Confederation, **US Constitution**, Bill of Rights, ... Mifflin served in the Continental Congress from 1774-**1775** and 1782 to 1784. ...

www.constitutionfacts.com/index.cfm?section=articles&page=presidentsWhoServed.cfm -
33k - Cached - Similar pages

**Letters of Liberty: A Documentary History of the U.S. Constitution.**
... the creation of the **U.S. Constitution**, this book chronicles **U.S.** history from **1775** to
1791. Major sections include: (1) the origins of the **Constitution**; ...
www.eric.ed.gov/ERICWebPortal/recordDetail?accno=ED293743 - 29k -
Cached - Similar pages
by JH Rhodehamel - 1987

Did you mean to search for: u.s. **constitution** 1775

1 2 3 4 5 6 7 8 9 10      **Next**

u.s. constution 1775 | Search

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve - Try Google Experimental

Google Home - Advertising Programs - Business Solutions - Privacy - About Google



Web   Images   Maps   News   Video   Gmail   more ▼

| all major hospitals in the center-of-the-world,w.d.c. 2009 | Search |

Advanced Search
Preferences

Web       Results **1 - 10** of about **266,000** for **all major hospitals in the center-of-the-world,w.d.c. 2009** (0.25 seconds)

## The Resource **Centre** on Business and the Bottom Line

Published: May 8, **2009**. **WASHINGTON, D.C.** -- As the U.S. House Energy and ... **Major**
U.S. Cities Put High Value on Sustainability Goals: Report ... has launched a new service to
help **hospitals** improve the energy efficiency of their building systems by 25 percent or
more. ... Greener **World** Media, Inc. **All** rights reserved.
www.greenbiz.com/ - 69k - Cached - Similar pages

## ON24: Webcasting & Virtual Event solutions - webinars, webcasts ...

Mar 25, 2009 ... eMedia **Center** · Video Communication Solutions ... April 20, **2009**. Talent
Management Tech: **All** Learning, **All** the ... ON24 is headquartered in San Francisco, with
offices in **Washington, D.C.**, New York, London and Beijing. ...
w.on24.com/r htm - 23k - Cached - Similar pages

## Methodist Le Bonheur Healthcare - **World's** First **Hospital**-Based ...

Apr 23, 2007 ... Rated **2009** Top 100 Integrated Healthcare Networks ... **World's** First
**Hospital**-Based **Center** of Excellence in Faith and Health Debuts in Memphis ... "**All center**
activities will focus on the confluence of faith and health, ... Seminary (**Washington DC**) to
develop a doctorate program in faith and health, ...
www.methodisthealth.org/.../**World's**+First+**Hospital**-Based+**Center**+of+
Excellence+in+Faith+and+Health+Debuts+in+Mem... - 46k - Cached - Similar pages

## Screen Time - Home

Making screen-time-reduction a vital and integral part of **all** plans that improve health, ...
May 11, **2009**. Researchers at Children's **Center** in Boston took note of the ... **Center** for
SCREEN-TIME Awareness launches A Lifestyle for the 21st ... CFSTA 1200 29th Street,
N.W. Lower Level # 1, **WDC** 20007 P 202.333.9220 ...
www.tvturnoff.org/ - 35k - Cached - Similar pages

## PFNYC: **2009** 3/01

Mar 1, 2009 ... Today, New York City and State are at the **center** of a **world** financial
crisis ... Virtually **all** New York's **major** banking institutions are ... **Washington DC**, not New
York, is our new **center** of finance, ... **Hospitals** and prisons have become jobs programs
and remain open regardless of occupancy rates. ...
www.nycp.org/testimonies/**2009**/st_**2009**_0301_school%20board%20speech.html - 30k -
Cached - Similar pages

## DefenseLink News Article: 'Home of Warrior Care' Hits Century Mark

WASHINGTON, May 1, **2009** – Walter Reed Army Medical **Center** opened its doors ... front
of the post's original **hospital** in **Washington, D.C.**, April 21, **2009**. ... **world** come to Walter
Reed to see and earn about **all** of the great things that ...
www.defenselink.mil/news/newsarticle.aspx?id=54162 - 59k - Cached - Similar pages

## Pan American Health Organization - Organización Panamericana de la ...

May 10, 2009 ... (By Dr. Jon K. Andrus, PAHO, at 2:00pm, in **Washington, DC**. [Click here
for details] ... May 15, **2009** (00:00) (**World** and International Days) ...
www.paho.org/ - 39k - Cached - Similar pages

## **Washington, D.C.** - Wikipedia, the free encyclopedia

Motto: Justitia Omnibus (Justice for **All**). Location of **Washington, D.C.** in the .... **World**
War II further increased government activity, adding to the number of ... The District has
three **major** natural flowing streams: the Potomac River and ... The geographic **center** of
Washington is located near the intersection of ...
en.wikipedia.org/wiki/Washington,_D.C. - 525k - Cached - Similar pages

## Where's the **center** of the GIS universe?(EDGENODES) | Article from ...

Just one year after GIS **World** began publication in 1987, I began writing ... International Newspapers, **Major** Markets · U.S. Newspapers, Local Markets ... doorstep of **Washington, D.C.**. Read **all** of this article with a FREE trial ... Duke University **Hospital** Selects Compliance 360 Solution for Regulatory Management. ...
www.highbeam.com/doc/1G1-163803417.html - 58k - Cached - Similar pages

Presidential Inauguration 2009 - A Guide to Inauguration Events in ...
He was taken to the **hospital** and released the following morning. ... However, **all** of the events facilities had limited space and many ... Inaugural Eve Concert for America's Children - A free youth concert was held at the Verizon **Center**. ... Lincoln Bicentennial Exhibits - Throughout 2009 Washington, DC's cultural ...
dc.about.com/od/specialevents/a/Inauguration.htm - 29k - Cached - Similar pages

1 2 3 4 5 6 7 8 9 10    **Next**

---

all major hospitals in the center-of-the-world,w.d.c. 2009          Search

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve - Try Google Experimental

---

Google Home - Advertising Programs - Business Solutions - Privacy - About Google

Google    d.c. and u.s. government, et. a.l. and u.s.a., et. al. 2009    Search    Advanced Search Preferences

**Web**    Results **1 - 10** of about 602,000 for **d.c. and u.s. government, et. a.l. and u.s.a., et. al. 2009** (0.30 seconds)

Boumediene v. Bush, 553 **U.S.** ___ (2008), **U.S.** Supreme Court Case ...
George W. Bush, President of the **United States, et al**. Consolidation: ... Bush , 553 **U.S.**
___ (2008) available at: (http://oyez.org/cases/2000-2009/2007/2007_06_1195) ... The **D.C.**
Circuit ruled in favor of the **government** on both points. ...
www.oyez.org/cases/2000-**2009**/2007/2007_06_1195/ - 32k - Cached - Similar pages

[PDF] **UNITED STATES** DISTRICT COURT DISTRICT OF COLUMBIA CARPENTERS ...
File Format: PDF/Adobe Acrobat - View as HTML
In accordance with his March 23, **2009** notice filed in this action, Federal Defendant Ken ...
Seattle Audubon **et al**. also intervened as defendants as to certain claims raised ... Given
the **government's** decision, it would be appropriate for the Court to stay all other ... **D.C.**
Bar # 463906. **U.S.** Department of Justice ...
www.fws.gov/Pacific/ecoservices/endangered/recovery/pdf/NSO%20Notice%
203_31_09.pdf - Similar pages

[PDF] 07-665 Pleasant Grove City v. Summum (02/25/**2009**)
File Format: PDF/Adobe Acrobat - View as HTML
Feb 25, 2009 ... **ET AL** . v. SUMMUM. CERTIORARI TO THE **UNITED STATES** COURT
OF APPEALS FOR .... Cite as: 555 **U. S.** ____ (**2009**). Syllabus tute **government** speech.
... ington, D. **C.** 20543, of any typographical or other formal errors, in order ...
www.supremecourtus.gov/opinions/08pdf/07-665.pdf - Similar pages

District of Columbia v. Heller - Wikipedia, the free encyclopedia
The D.C. **government** has indicated it will continue to utilize zoning ... **D.C.**" (pdf). **United
States** Court of Appeals for the District of Columbia Circuit. .... Retrieved on **2009**-02-03. ^
District of Columbia, **et al**., Petitioners v. ...
en.wikipedia.org/wiki/District_of_Columbia_v._Heller - 169k - Cached - Similar pages

**2009** H1N1 Flu (Swine Flu) - Links to resources about Swine Flu ...
**United States** National Library of Medicine - National Institutes of Health .... [et al.], editors.
Washington, D.C.: National Academies Press, c2005. ...
sis.nlm.nih.gov/enviro/swineflu.html - 34k - Cached - Similar pages

Docket Search: "**u.s. government**" - Justia Federal District Court ...
DC, Collyer, Mandamus and Other, **U.S. Government** Defendant. January 26, **2009**. Capro
v. Securitas Security Services **U.S.A.**, Inc. et al, LA Eastern, Vance ...
dockets.justia.com/search?q=U.S.+**Government** - 133k - Cached - Similar pages

Notices: **United States** of America et al. v. Knoxville Utilities ...
Feb 12, 2009 ... The check should refer to **United States et al**. v. ... was lodged on
February 5, 2009, with the **United States** District Court for the Eastern ...
www.thefederalregister.com/d.p/**2009**-02-12-E9-3019 - 14k - Cached - Similar pages

Embassy Law Blog
The Secret Service along Embassy Row in Washington, **DC** has become quite ... On April 7,
**2009** the **United States** Court of Appeals for the District of ... Office of Hawaiian Affairs **et
al**., docket number 07-1372, were the scope and meaning ... on the **US Government** not to
oppose the petition to the **US** Supreme Court for ...
embassylaw.com/ - 33k - Cached - Similar pages

**U.S.** Chamber of Commerce - January 28 - Federal **Government** Again ...
January 28, **2009**. Federal **Government** Again Delays Mandatory E-Verify Use for ...
WASHINGTON, **D.C.**— The federal **government** agreed to a request by the **U.S.** Chamber
of ... The lawsuit, Chamber of Commerce, **et al** v. Chertoff, **et al**. ...
www.uschamber.com/press/releases/**2009**/january/090128_verify.htm - 15k -

Cached - Similar pages

Forumosa • View topic - Roger C. S. Lin **et**. **al**. v. **United States** ...
10 posts - 1 author - Last post: Feb 11
Re: Roger C. S. Lin **et**. **al**. v. **United States** of America [Part 2]. Post by Hartzell on Sun, 08
Feb **2009** 3:58. 1. We are well aware of the **US** ...
www.forumosa.com/taiwan/viewtopic.php?f=29&t=75618&start=20 - 52k -
Cached - Similar pages

1 2 3 4 5 6 7 8 9 10      **Next**

---

d.c. and u.s. government, et. a.l. and u.s.a., et. al. 2009      Search

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve - Try Google Experimental

---

Google Home - Advertising Programs - Business Solutions - Privacy - About Google

Web    images    Maps    News    Video    Gmail    more ▼

Sign in

# Google

the history of mt. zion church 2009    Search    Advanced Search
Preferences

Web    Results 1 - 10 of about 287,000 for **the history of mt. zion church 2009**. (0.26 seconds)

## Mt. Zion Methodist **Church** Marker

MARKER DATABASE "Bite-Size Bits of Local, National, and Global **History**" ... On
September 29, 1957, **Mount Zion** Methodist **Church**, one of the first churches in ... This
page originally submitted on April 9, **2009**, by David Seibert of Sandy ...
www.hmdb.org/Marker.asp?Marker=17787 - 28k - Cached - Similar pages

## Mt **Zion** Lutheran **Church** - Wauwatosa, Wisconsin - Reconciling in ...

May 7, 2009 ... **Mt. Zion** Lutheran **Church** – a welcoming congregation in Wauwatosa, WI,
... 7:00 pm Family **History**. 05/15/**2009** 7:00 pm ACOA Group. 05/16/**2009** ...
    Show map of 12012 W North Ave, Milwaukee, WI 53226
www.mtzionlutheran.org/ - 56k - Cached - Similar pages

## History

A congregation with a rich **history** dating back to 1852! 385 **Mount** ... **2009 Mount Zion**
**Church** of Christ 385 **Mount Zion Church** Road ▪ Bowling Green, KY 42101 ...
www.mtzioncoc.com/**History**/default.htm - 22k - Cached - Similar pages

## Mt. Zion Baptist **Church** | Welcome

**2009** State Convention October 18th - October 22nd. **Mt. Zion** Baptist **Church** 2938 E. 13th
Street Austin, Texas 78702. Toll Free Phone: 1-877-908-8080 ...
    Show map of 2938 E 13th St, Austin, TX 78702
mtzion-baptist.org/ - 51k - Cached - Similar pages

## Mt. Zion United Methodist **Church**

**Mt. Zion** United Methodist **Church** welcomes all persons to all of its services, ... Sunday,
June 14, **2009**, 3 pm, Sanctuary **Mt. Zion** Hand Bells & Friends ...
www.mtzionumc.net/ - 15k - Cached - Similar pages

## Mt. Zion United Methodist **Church** - Welcome!

Wednesday June 3, **2009**, -, 6:45 pm-7:30 pm **Mt. Zion** Prayer Meeting ~ All are invited to
attend ... **Mt. Zion** United Methodist **Church** 135 Clay Long Road ...
www.mtzionumc.com/ - 78k - Cached - Similar pages

## Home - Mt. Zion United Methodist **Church** - Creve Coeur, MO

**Mount Zion** United Methodist **Church** exists to make disciples for Christ. ... You are always
welcome here at **Mt. Zion**. Last Updated ( Mar 08, **2009** at 04:38 PM ...
    Show map of 1485 Craig Rd, St Louis, MO 63146
www.mtzion-umc.org/ - 16k - Cached - Similar pages

## Mt. Zion Baptist **Church** (2009 Women Conference) - Essence.com

Comment Wall, Add a Comment. RSVP for **Mt. Zion** Baptist **Church** (2009 Women
Conference) to add comments! Join this social network. 0 Comments ...
community.essence.com/events/**mt-zion**-baptist-**church**-2009 - 32k -
Cached - Similar pages

## Mount Zion Baptist **Church** - Woodlawn

**Church** Vision: "Followers of Christ dedicated to Love and Service to God and Humankind".
Please click here to view the **Mount Zion** Baptist **Church** "2009 ...
    Show map of 10180 Woodlawn Blvd, Cincinnati, OH 45215
www.mtzionwoodlawn.com/ - 53k - Cached - Similar pages

## Mt Zion Historical Society

Our First Newsletter The Bennett's Valley **History** Gazette Spring **2009** ... **Church Mt. Zion**
**Church** and Memorial, Weedville Cemetery ...
www.mtzionhistoricalsociety.org/ - 17k - Cached - Similar pages

Searc    related to: **the history of mt. zion church 2009**

| | | | |
|---|---|---|---|
| **mt** zion **baptist** church | **mt** zion church **christ** | **mt** zion **bible** church | **mt** zion **ministries** |
| **mt** zion **cemetery** | **mt** zion **fellowship** | **mt** zion **nursery** | **mt** zion **bible school** |

**1** 2 3 4 5 6 7 8 9 10    **Next**

---

the history of mt. zion church 2009      Search

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve - Try Google Experimental

---

Google Home - Advertising Programs - Business Solutions - Privacy - About Google

Web    ages   Maps   News   Video   Gmail   more ▾                                                                      Sign in

Google    the life and autibiography of mr. john f. kennedy 2009    Search    Advanced Search
                                                                               Preferences

Web              Results 1 - 10 of about **56,300** for the **life and autibiography of mr. john f. kennedy 2009**. (0.27 seconds)

Did you mean: the life and **_autobiography_** of mr. john f. kennedy 2009

## John F. Kennedy (Character)
Biography: John Fitzgerald "Jack" **Kennedy** (May 29, 1917 - November 22... more ... An
American Affair **(2009)** Played by Sam Navarro (as **JFK**); An American Carol (2008) ... **Mr.**
Hankey's Christmas Classics (1999) TV episode, Played by Trey Parker ... Real-life
American Fairy Tale (1992) Played by Nelson Hume (as **J.F.K.**) ...
www.imdb.com/character/ch0027408/ - 40k - Cached - Similar pages

## John F. Kennedy Biography
Jan 23, 2005 ... **Biography** of President **John F. Kennedy**. Facts and info on **life** and ...
**John's** father **Mr. Kennedy** always tried to induce the qualities of ...
www.buzzle.com/editorials/1-23-2005-64647.asp - 25k - Cached - Similar pages

## John F. Kennedy Quotes | Facebook
Gianluca 2:02pm February 11th, **2009**. Thanks **Mr** President to have been special in your
**life. ... jfk** was surrended by enemies the last 6 mounth of his **life** after his speech summer
of ... The Best **Kennedy's Biography**: André Kaspi ...
www.facebook.com/apps/application.php?id=19122601888 - 44k - Cached - Similar pages

## BOOKS OF THE TIMES; Substance Over Sex In **Kennedy Biography** - The ...
May 28, 2003 ... AN UNFINISHED **LIFE. John F. Kennedy**, 1917-1963. By Robert Dallek ...
Yet **Mr.** Dallek insists that by 1963 **Kennedy** "was more skeptical than ...
www.nytimes.com/2003/05/28/books/books-of-the-times-substance-over-sex-in-**kennedy**-
**biography**.html - 47k - Cached - Similar pages

## John F. Kennedy: an Unfinished **Life** 1917-1963.(Book Review ...
**Mr**. Personality.(An Unfinished **Life: John F. Kennedy**, 1917-1963 )(Book Review) ...
Robert Dallek is the author...**biography** of **John F. Kennedy**, ...
www.highbeam.com/doc/1G1-116451478.html - 58k - Cached - Similar pages

## Amazon.com: Counselor: A **Life** at the Edge of History: Ted Sorensen ...
**Mr**. Sorensen is one of the last living central participants of **JFK's** Administration and his
story ... In that capacity he wrote **Kennedy's biography** in 1965. ...
www.amazon.com/Counselor-**Life**-at-Edge-History/dp/0060798718 - 282k -
Cached - Similar pages

## John F. Kennedy, Jr. - Wikipedia, the free encyclopedia
You can help. The discussion page may contain suggestions. (May **2009**). **John** Fitzgerald
**Kennedy, Jr. John F. Kennedy** Jr. greets invited guests at the HBO and Imagine
Entertainment premiere held at ... For most of the first three years of his **life** he lived in the
White House. ... **"Biography** of Carolyn Bessette". ...
en.wikipedia.org/wiki/**John_F._Kennedy,_Jr.** - 87k - Cached - Similar pages

## University Library News Blog » **2009** » March
Mar 1, 2009 ... He was appointed The **John F. Kennedy** Scholar at the University of
Massachusetts ... His first book was **Mr.** Lincoln's Wars (Harper Perennial, 2003), ... Stuart's
best-selling **biography** American Empress: **The Life** and Times ...
libblog.lib.umassd.edu/**2009**/03/ - 25k - Cached - Similar pages

## JacketFlap.com Children's Publishing Blog Reader - **John F. Kennedy ...**
Jeannine on Falling In Love With Dead People, 4/21/**2009** 6:54:00 AM ... **The Life** of a
Publisher - Echelon Press · Stacy Whitman's Grimoire ... Viewing: Blog Posts Tagged with:
**John F. Kennedy**, Most Recent at Top [Help] ... **Mr.** President" when I told her I was on a

dead. writing a **biography** of **John F. Kennedy**. ...
www.ja etflap.com/megablog/index.asp?tagid=59142&tag=**John**+**F**.+**Kennedy** - 81k -
Cached - Similar pages

**Biography John F. Kennedy** - College Essays - Dustinhamerla
Below is one of our free research papers on **Biography John F. Kennedy**. ... his own stock
trading business and was working hard to ensure his family a wealthy **life**. ... In 1937, **Mr.**
**Kennedy** was appointed U.S. Ambassador to England. ... see **John Kennedy**
(disambiguation). **John** Fitzgerald ... RSS ©**2009** OPPapers.com ...
www.oppapers.com/essays/**Biography**-**John**-F-**Kennedy**/58303 - 17k -
Cached - Similar pages

Book results for **the life and autibiography of mr. john f. kennedy 2009**
Ask Not: The Inauguration of John F Kennedy ... - by Thurston Clarke - 300 pages
A Thousand Days: John F Kennedy in the White House - by Arthur Meier Schlesinger - 1124 pages
John F Kennedy on Leadership: The Lessons and ... - by John A Barnes - 244 pages

Did you mean to search for: the life and *autobiography* of mr. john f. kennedy 2009

1 2 3 4 5 6 7 8 9 10    **Next**

the life and autibiography of mr. john f. kennedy 2009    Search

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve - Try Google Experimental

Google Home - Advertising Programs - Business Solutions - Privacy - About Google

Web  Images  Maps  News  Video  Gmail  more ▼

**Google**  [ u.s. v. nichols, 1881-1883 ]    Search    Advanced Search
                                                          Preferences

**Web**                                      Results **1 - 10** of about **129** for **u.s. v. nichols, 1881-1883**. (**0.26** seconds)

### Marian S. Carson Collection (Library of Congress)
... notes of William Rawle from the libel trial of Thomas Cooper, **United States** v. ...... 1795
Deeds, 1792-1795 Kittredge, G. H., **1881-1883** Kluge, Charles F., ... 1844 Family members
Miscellaneous, 1844 Waln, **Nicholas**, 1763-1764 Waln, ...
www.loc.gov/rr/mss/text/carsonms.html - 115k - Cached - Similar pages

### Full text of "Representative men of Colorado in the nineteenth ...
E. E 118 **Nichols**. F. C 117 Nock. Thomas 136 Norris, George C 38 Nuckolls. ......
CAPTAIN AND ASSISTANT SURGEON FIRST COLORADO **U. S. V.** REPRESENTATIVE
MEN OF ..... FROM **1881- 1883**, 1885-1889. PRESIDING ELDER u. B. CHURCH FOR
COLORADO. ...
www.archive.org/stream/representativeme00newy/representativeme00newy_djvu.txt - 150k
- Cached - Similar pages

### http://hdl.loc.gov/loc.mss/eadmss.ms003008 Marian S. Carson A ...
... notes of William Rawle from the libel trial of Thomas Cooper, **United States** v. ...... 1795
Deeds, 1792-1795 Kittredge, G. H., **1881-1883** Kluge, Charles F., ... 1844 Family members
Miscellaneous, 1844 Waln, **Nicholas**, 1763-1764 Waln, ...
lcweb2.loc.gov/master/mss/eadxmlmss/2003/ms003008.xml - 491k -
Cached - Similar pages

### [PDF] Grand Lodge of New York - Masonic Lodge Histories Lodge Nos. 82 – 110
File Format: PDF/Adobe Acrobat - View as HTML
**U. S. V.**, Civil War. Maurice Leyden. Major **U. S. V.**, War. Civil War. ..... judge of St.
Lawrence County 1877-1881; attorney general of New York **1881-1883**; ...
omdhs.syracusemasons.com/History/Lodge%20Histories%20-%201906%
20Proceedings.pdf - Similar pages

### Full text of "Representative men of Colorado in the nineteenth ...
W T illiam H 76 **Nichols**. David H 191 **Nichols**. E. E 118 **Nichols**. F. C : 117 Nock, Thomas
136 Norris ..... 2ND **U. S. V.** CAV, EDWARD FRANCIS DEAN, M. D., DENVER. ..... FROM
**1881- 1883**, 1885-1889. PRESIDING ELDER u. B. CHURCH FOR COLORADO. ...
www.archive.org/stream/representativeme00newyrich/representativeme00newyrich_djvu.txt
- 151k - Cached - Similar pages

### [PDF] Marian S. Carson collection of manuscripts [finding aid]. Library ...
File Format: PDF/Adobe Acrobat
**United States** v. Cooper, 1793-1799, n.d.. Financial and legal documents ...... Kittredge, G.
H., **1881-1883**. Kluge, Charles F., 1840-1843 ..... **Nicholas**, Robert Carter, 1763. Legal
documents, 1759, 1786-1799, 1810 ...
hdl.loc.gov/loc.mss/eadmss.ms003008.3 - Similar pages
by K Sukites - Related articles - All 2 versions

### descendants of Michiel DeMott
... IN., married 5 Apr 1874, in Parke Co., IN., James **NICHOLS** #6134. .... Founder of the
Valparaiso Law School. member of the 47th Congress **1881-1883** ...... Transfered form Co I,
89th IL to Co I, 59th **U.S.V.** in accordance with s.o. 92 ...
www.duprel.com/demdes2.htm - Similar pages

### Myers v. United States
Lane, 249 U.S. 367; **Nicholas** v. United States, 257 U.S. 71, and Norris v. ...... San Jacinto
Tin Co., 125 U.S. 273, and **United States** v. Hughes, 11 How. ...... 81 Congressional
Globe, pages **1881, 1883**; Ex parte McArdle, 7 Wall. 506. ...
www.law.cornell.edu/supct/html/historics/USSC_CR_0272_0052_ZO.html - 155k -
Cached - Similar pages

**[PDF]** 1989 Yearbook
File Format: PDF/Adobe Acrobat
**Nicholls** government on its feet"[31] --he undoubtedly did not wish to dignify it .... 1879,
Postmaster General in Arthur's Cabinet **1881-1883**. ..... unanimous holding in **United States**
**v.** Nixon, that documents in the custody of executive ...
www.supremecourthistory.org/publications/images/SCHS_publications-1989.pdf -
Similar pages

SHDB Wiki Entries 21 November 2006
1875: Force Bill; 1876: **US v.** Cruickshank Decision; 1876: Hamburg Massacre .... After
much cajoling the **Nicholls** party managed to establish a majority and ...... 878, and "Mark
Twain's 'Life on the Mississippi,'" The Critic (**1881-1883**). ...
facweb.furman.edu/~corth/shdb/shdbwiki.html - 1k - Cached - Similar pages

1 2 3 4 5    **Next**

u.s. v. nichols, 1881-1883          Search

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve - Try Google Experimental

Google Home - Advertising Programs - Business Solutions - Privacy - About Google

blacks law dictionary meaning of; racial discrimination 2009 Google Search  Case3:09-cv-03387-JSW  Document4  Filed07/23/09  Page24 of 33

Page 1 of 2

Web  Images  Maps  News  Video  Gmail  more ▼

Google  | blacks law dictionary meaning of; racial discrimination 2009 |  **Search**  Advanced Search
Preferences

Web  Results 1 - 10 of about 19,200 for **blacks law dictionary meaning of; racial discrimination 2009.** (0.19 seconds)

## race discrimination – Dictionary definition of race discrimination ...
2009 <http://www.encyclopedia.com>. "race **discrimination**." A Dictionary ... Lockheed
pays largest race **discrimination** settlement.(Employment **Law**) ... **Black** attorney wins $2.5
million **racial discrimination** lawsuit against Chicago firm. ...
www.encyclopedia.com/doc/1O18-race**discrimination**.html - 81k - Cached - Similar pages

## VDARE.com: Blog Articles » Anti-White **Discrimination**/Pro-Minority ...
14 March 2009 ... **Black's Law Dictionary** defines a peremptory challenge as 'one of a
party's limited number of challenges that needs ... **Racial discrimination** against whites,
and on behalf of **blacks** and Hispanics is unconstitutional, ...
blog.vdare.com/archives/2009/03/14/anti-white-**discrimination**pro-minority-privilege-is-
permissible-by-definition/ - 43k - Cached - Similar pages

## Black's Law Dictionary, References & Many Other Law Books ...
The latest **Black's Law** dictionary has over 43000 definitions in addition to nearly 3000 ...
Publisher: Aspen Publishers (February **2009**). ISBN: 9780735576728 ...
www.lawbooksforless.com/**law**2/front/**dictionaries**_references.php - 38k -
Cached - Similar pages

## Law Books, Law Dictionary, Black's Law Dictionary, Legal Research ...
Law Dictionaries at Barrister Books. Your source for **Black's law** ... pregnancy
**discrimination**, sexual and **racial** harassment, grooming and dress codes, and others. ...
1999-**2009** BarristerBooks, Inc. All rights reserved. Privacy policy.
www.barristerbooks.com/Index.asp?Aid=ihls&Product=85011 - 71k -
Cached - Similar pages

## racism: Definition from Answers.com
**Black** Economic Empowerment (BEE). **Law**. Discriminatory ... The Merriam-Webster's
**Dictionary** defines racism as a belief that race is the primary determinant of .... Unsourced
material may be challenged and removed. (January **2009**) ... The United Nations uses the
definition of **racial discrimination** laid out in the ...
www.answers.com/topic/racism - 431k - Cached - Similar pages

## On the job race, age and gender **discrimination** « WestBlog.net
42% of African Americans have experienced **racial discrimination** in the ... to note that
"not all **discrimination** is prohibited by **law**. ...
tnalcorpcomm.wordpress.com/2008/11/06/on-the-job-race-age-and-gender-**discrimination**/
- 37k - Cached - Similar pages

## [PDF] S. 181—Lilly Ledbetter Fair Pay Act of **2009**
File Format: PDF/Adobe Acrobat - View as HTML
act of **discrimination** (each decision by her employer to pay her less) and rejected her ...
See **Black's Law Dictionary** 7th Ed. 1999. ...
rpc.senate.gov/public/_files/L1LedbetterFairPay011409.pdf - Similar pages

## Racial Discrimination: Definition and additional resources from BNET
All Bnet; Articles; Library; Stocks; **Dictionary** ... **Black** tourists perceived **racial
discrimination** when they stayed in hotels or motels, ... (in Guatemala)(Brief Article):
Guatemala's Congress enacted a **law** prohibiting **racial discrimination**, a move that U.N. ...
**2009** CBS Interactive Inc. All rights reserved. ...
dictionary.bnet.com/definition/**racial+discrimination**.html - 52k - Cached - Similar pages

## racism definition | Dictionary.com
racism - 4 **dictionary** results. California Employment **Law** · CA **Racial Discrimination**
Attorney Contact Us For a Free Consultation! ... Based on the Random House **Dictionary**,

© Random House, Inc. **2009**. ... In the United States, racism, particularly by whites against **blacks**, has created profound **racial** tension and ...
**dictionary**.reference.com/browse/racism - 123k - Cached - Similar pages

Racism - Wikipedia, the free encyclopedia
Such statements should be clarified or removed. (May **2009**) ... **Black** Economic Empowerment (BEE). **Law**. Discriminatory ... The Merriam-Webster's **Dictionary** defines racism as a belief that race is the primary determinant .... The United Nations uses the definition of **racial discrimination** laid out in the International ...
en.wikipedia.org/wiki/Racism - 301k - Cached - Similar pages

1 2 3 4 5 6 7 8 9 10     **Next**

---

blacks law dictionary meaning of; racial discrimination 2009     Search

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve - Try Google Experimental

---

Google Home - Advertising Programs - Business Solutions - Privacy - About Google

Google | the history of f.d.a. 2009 | **Search** | Advanced Search | Preferences

**Web**

Results 1 - 10 of about 41,000,000 for **the history of f.d.a. 2009**. (0.24 seconds)

## 2009 FDA Advisory Committee Calendar
2009 FDA Advisory Committee Calendar ... Updated May 6, **2009**. Jan | Feb | Mar | Apr |
May | Jun | Jul | Aug | Sep | Oct | Nov .... **FDA** Website Management Staff.
www.**fda**.gov/oc/advisory/accalendar/**2009**/2009accalendar.html - 89k -
Cached - Similar pages

## FDA's MedWatch Safety Alerts: March 2009
Mar 23, 2009 ... On March 5, **2009**, **FDA** alerted the public to the risk of skin burns ... your
appointment and during the health **history** questions you are ...
www.**fda**.gov/consumer/updates/medwatch032309.html - 16k - Cached - Similar pages

## Alliance for Human Research Protection - Title: FDA Approves ...
May 7, 2009 ... Title: **FDA** Approves Antipsychotic With Long **History** of Failure ... May 07,
**2009**. **FDA** Approves New Antipsychotic For Schizophrenia ...
www.ahrp.org/cms/content/view/589/9/ - 22k - Cached - Similar pages

## Furniture Design Award 2009 | Design Competitions
May 2, 2008 ... Mr Andrew Pang, Chairman of the **FDA 2009** Organising Committee, said,
... Entries to **FDA 2009** will be judged by a panel of prominent industry ...
www.dexigner.com/design_competitions/furniture-design-award-**2009**.html - 26k -
Cached - Similar pages

## beSpacific: FDA: 2009 H1N1 Flu Virus
May 01, 2009. **FDA: 2009** H1N1 Flu Virus. **FDA: 2009** H1N1 Flu Virus, Topics on this
Page: Background ...
www.bespacific.com/mt/archives/021251.html - 11k - Cached - Similar pages

## 1862 - 2009: A Brief History of Food and Nutrition Labeling ...
1862 - **2009**: A Brief **History** of Food and Nutrition Labeling .... 2003 Announcement made
that **FDA** will require food labels to include trans fat content. ...
www.fooducate.com/blog/2008/10/25/1862-2008-a-brief-**history**-of-food-and-nutrition-
labeling/ - 62k - Cached - Similar pages

## [Net-Platinum] LEGAL: MEDICAL: HISTORY: GENEALOGY: FDA Notices of ...
Apr 5, 2009 ... Date: Sun, 5 Apr **2009** 11:07:22 EDT From: ... Reply-To: ... To: ... Subject:
[Net-Platinum] LEGAL: MEDICAL: **HISTORY**: GENEALOGY: **FDA** Notices ...
net-gold.jiglu.com/discussion/messages/3055785 - 23k - Cached - Similar pages

## Food Safety after largest recall in FDA history Video
Food Safety after largest recall in **FDA history**. Collected by dandelionsalad Jan 29, **2009**
from dandelionsalad.wordpress.com. collect this video ...
vodpod.com/watch/1322301-food-safety-after-largest-recall-in-f**da**-**history** - 72k -
Cached - Similar pages

## NET-GOLD Archives -- April 2009 (#46)
Apr 5, 2009 ... Browse **FDA** NJ Collection Titles Defendants Product Keywords Issue ... and
Information Further Resources in **History** of Medicine Quick Links ...
https://listserv.temple.edu/cgi-bin/wa?A2=ind0904&L=net-gold&P=7535 - 19k -
Cached - Similar pages

## FDA Law Blog: Lawsuit Against FDA over VYVANSE NCE Exclusivity Put ...
**FDA**-**2009**-N-0184) to solicit comment on the issues raised by Actavis. ... to the plain
meaning of the statute and its legislative **history**. ...
www.**fda**lawblog.net/**fda**.../**2009**/.../lawsuit-against-f**da**-over-vyvanse-nce-exclusivity-put-on-
ice-while-f**da**-solicits-public-co... - 38k - Cached - Similar pages

Searches related to: **the history of f.d.a. 2009**
**fda** history **office**

1 2 3 4 5 6 7 8 9 10    **Next**

the history of f.d.a. 2009    Search

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve - Try Google Experimental

Google Home - Advertising Programs - Business Solutions - Privacy - About Google

Web   Images   Maps   News   Video   Gmail   more ▼

Sign in

Google

the war of viet nam 1957-1975    | Search |    Advanced Search
Preferences

**Web**    Results **1 - 10** of about **3,390** for the **war** of **viet nam** 1957-1975 (0.22 seconds)

Did you mean: the war of **vietnam** 1957-1975

### **1957-1975**: The **Vietnam War** | libcom.org
Sep 8, 2006 ... Howard Zinn's short history of **the war** in **Vietnam** from the beginning of the
Communist insurgency in 1957 until the defeat of US and South ...
libcom.org/history/**1957-1975**-the-**vietnam**-war - 36k - Cached - Similar pages

### **Vietnam War** - Wikipedia, the free encyclopedia
The **Vietnam War** occurred in **Vietnam**, Laos and Cambodia from 1959 to April 30, 1975.
The **war** was fought between the communist North **Vietnam**, supported by its ...
en.wikipedia.org/wiki/**Vietnam**_**War** - 452k - Cached - Similar pages

### Exodus Books - **Vietnam War (1957-1975)**
**Vietnam War** (**1957-1975**) The **Vietnam War** was a conflict in which communist forces from
North **Vietnam** and the National Front for the Liberation of South ...
www.exodusbooks.com/category.aspx?id=5257 - 57k - Cached - Similar pages

### bebo.com - Profile from **Vietnam War <1957-1975>**
This book takes you to the history of the **Vietnam War**, it has a few stories currently cos it's
*under construction*. It tells of a civilian life during the ...
www.bebo.com/Profile.jsp?MemberId=3676270968 - Similar pages

### **Vietnam** at **War**, **1957-1975**. (02-MAY-08) WR News, Senior Edition ...
May 2, 2008 ... This historical map shows Southeast Asia during the **Vietnam War**, when
**Vietnam** was divided. Study the map, and then answer the questions.
www.accessmylibrary.com/coms2/summary_0286-34429372_ITM - 24k -
Cached - Similar pages

### United States **Vietnam War** Military Research (**1957-1975**)
Records of the US **Vietnam War** (**1957-1975**) include the digital copies of burial records,
Missing in Action, and Killed in Action. ...
www.gentracer.com/usv**war**.html - 8k - Cached - Similar pages

### US **war** in **Vietnam**, Schema-Root news
Cross-referenced news and research resources about US **war** in **Vietnam**.
schema-root.org/region/asia/southeast_asia/**vietnam**/**war**/**1957-1975**_united_states/ - 65k -
Cached - Similar pages

### WikiAnswers - What happened in **Vietnam** in 1954 1957 1973 1975
What happened to **vietnam** in 1954? President of United State in **1957-1975**? ... What
incident happened on may 4 1973 dealing with the **vietnam war**? ...
wiki.answers.com/Q/What_happened_in_**Vietnam**_in_1954_1957_1973_1975 - 48k -
Cached - Similar pages

### bebo.com — profil **Vietnam War <1957-1975>**
This book takes you to the history of the **Vietnam War**, it has a few stories currently cos it's
*under construction*. It tells of a civilian life during the ...
bebo.gazeta.pl/Profile.jsp?MemberId=3676270968 - Similar pages

### Time trip.(Iraq **War** and **Vietnam War**)(Brief Article) - Current ...
Magazine article from: Current Events, a Weekly Reader publication ; ...tours of duty in the
**Vietnam War** (**1957-1975**), where he...government was left to rule ...
www.encyclopedia.com/doc/1G1-116339276.html - 51k - Cached - Similar pages

Web  Images  Maps  News  Video  Gmail  more ▾

Google    [ i.c.j. and  world court, 1946-2009 ]    [ Search ]    Advanced Search
                                                                Preferences

---

**Web**

Results **1 - 5** of **5** for **i.c.j. and world court, 1946-2009-**.  (0.54 seconds)

### International Court of Justice - Wikipedia, the free encyclopedia

The International **Court** of Justice (French: Cour internationale de justice; commonly
referred to as the **World Court** or **ICJ**) is the primary judicial organ of ...
en.wikipedia.org/wiki/International_**Court**_of_Justice - 152k - 22 hours ago -
Cached - Similar pages

### The Key Monk: 07/01/2004 - 08/01/2004

In 1993, the first **World** Trade Center bombing occurred. .... The US and/or Israel must act
now or the **world** will be so dangerous that the 1970s will seem ...
thekeymonk.blogspot.com/2004_07_01_archive.html - 636k - Cached - Similar pages

### The Key Monk: 02/01/2005 - 03/01/2005

Mexico complained to the International **Court** of Justice (aka, the **World Court**) and the **ICJ**
held that the US has to review the death sentences of all Mexican ...
thekeymonk.blogspot.com/2005_02_01_archive.html - 577k - Cached - Similar pages
More results from thekeymonk.blogspot.com »

### International Court of Justice (ICJ)

Seeks to resolve matters of international law disputed by state governments. General
information, **World Court** decisions, and other resources.
www.**i**d**j**-cij.org/ - 5k - Cached - Similar pages

### U.S. officially submits to jurisdiction of World Court August 6 in ...

U.S. officially submits to jurisdiction of **World Court** More Notable Events on August 6: 1990
U.N. Security Council votes 13-0 to place economic sanctions ...
www.brainyhistory.com/events/1946/august_6_1946_107185.html - 7k -
Cached - Similar pages

*In order to show you the most relevant results, we have omitted some entries very similar to the 5
already displayed.*
*If you like, you can repeat the search with the omitted results included.*

---

[ i.c.j. and  world court, 1946-2009- ]    [ Search ]

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve - Try Google Experimental

---

Google Home - Advertising Programs - Business Solutions - Privacy - About Google

Web Images Maps News Video Gmail more ▼ ~~yobla? auth: F: a radio newster Biling upon jutc.~~

**Google** | class aqction complaint pursuant to rule 23 fed. rules of civ | Search

---

Web     Results **1 - 10** of about **183,000** for **class aqction complaint pursuant to rule 23 fed. rules of civ.**  (0.45 seconds)

Did you mean: class *action* complaint pursuant to rule 23 fed. rules of civ.

### [PDF] UNITED STATES DISTRICT COURT DISTRICT OF MAINE BOOKLOCKER.COM, INC ...

File Format: PDF/Adobe Acrobat - View as HTML
Plaintiff brings this action **pursuant** to **Rule 23**(a) and **Rules 23**(b)(2) ... A **class** action is
superior to other available methods for the fair and efficient .... and **Rule 23**(b)(3) of the
**Federal Rules** of Civil Procedure with ... I hereby certify that on May 19, 2008, I
electronically filed Plaintiff's **Complaint** and ...
antitrust.booklocker.com/**complaint**.pdf - Similar pages

### 433 F.2d 733

In Paragraph IV of their amended **complaint**, the appellants assert that they ... See **Rule 23**
(a), **Fed**.R.**Civ**.Procedure. Cf. Gillibeau v. ... A **class** made up of 'residents of this State
**active** in the 'peace movement' ... similarly situated **pursuant** to **Rule 23**(a) and (b)(2) of
the **Federal Rules** of Civil Procedure. ...
bulk.resource.org/courts.gov/c/F2/433/433.F2d.733.29850.html - 13k -
Cached - Similar pages

### 99cv00124 Samet v Airtouch Communications, Inc, et al - 1/7/99 ...

In connection with the acts alleged in this **Complaint**, defendants, ... brings this case as a
**class** action **pursuant** to **Rule 23** of the **Federal Rules** of Civil .... in **active** discussions for
a potential business combination with Vodafone, ...
securities.stanford.edu/1010/ATI99/001.html - 24k - Cached - Similar pages

### [PDF] P:\Active Cases\Civil\J K L\Jones v. Dominion Resources (1)\ORD ...

File Format: PDF/Adobe Acrobat - View as HTML
The plaintiffs filed an Amended **Complaint** on August 22, 2006 in which they added ....
provides that for a **class** maintained under **Rule 23**(b)(3), .... depositions **pursuant** to **Rule**
30(b)(6) of the **Federal Rules** of Civil Procedure. ...
www.dominionclass.com/final_order_approving_settlement.pdf - Similar pages

### Class Action Litigation | Federal Class Action Practice Manual ...

And a **class complaint** notifies the defendants not only of the substantive ..... according to
the **Federal** Judicial Center, as of 1998 there were 1742 **active federal** ..... The **federal**
**rules** provide that after certifying a **class pursuant** to **Rule** ... **Rule 23**(c)(2) of the **Federal**
**Rules** of Civil Procedure provides that: ...
www.**classactionlitigation**.com/fcapmanual/chapter6.html - 74k - Cached - Similar pages

### [PDF] Woodall, McMahon & Madison v. American Airlines

File Format: PDF/Adobe Acrobat - View as HTML
AIRLINES,. INC.,. Defendant. Civil Action No. **COMPLAINT**. -. **CLASS** ACTION ... In 2005,
McMahon was recalled to **active** duty and is currently a Commander. .... **Class** certification
is appropriate **pursuant** to **Fed**. R. **Civ**. Proc. **Rule 23**(b)(2) ... under **Rule 23** of the **Federal**
**Rules** of Civil Procedure and their counsel as ...
www.usdoj.gov/crt/emp/documents/woodallcomp.pdf - Similar pages

### [PDF] FEDERAL TRADE COMMISSION February 15, 2002 Peter G. McCabe, Secretary

File Format: PDF/Adobe Acrobat - View as HTML
Proposed Amendments to **Rule 23** of the **Federal Rules** of Civil Procedure .... the
Commission's **complaint** are eligible for redress, and the chemical contamination
problem ... not less than $10 million **pursuant** to **class** action lawsuits); Sears, .... with
disclosure of parallel government actions, we believe that **active** ...
www.ftc.gov/os/2002/02/**rule23**letter.pdf - Similar pages

---

ILP: Fair Housing
is complaint is brought as a **class** action against the City of Blakely Housing ... as a
**lass** action pursuant to Rule **23**(b)(2) of the **Federal Rules of Civil** ..... other persons in
**active** concert or participation with any of them, from: ...
www.nhlp.org/html/fair/queenking.htm - 40k - Cached - Similar pages

Text of **complaint** against library : IMC Worcester
Jul 6, 2006 ... **COMPLAINT** I. INTRODUCTION Plaintiffs bring this **class** action against ...
**pursuant to Rule 23**(b)(2) of the **Federal Rules of Civil** Procedure ...
worcester.indymedia.org/news/2006/07/3362.php - 43k - Cached - Similar pages

**Class** Action Suit Filed against Akavar Diet Pill Markers
In May 2008, the plaintiffs filed an amended **complaint** that contains more details of the .....
Nor is Akävar a new generation of powerful, foolproof, bio-**active** ..... a **Class pursuant to
Rule 23** of the **Federal Rules of Civil** Procedure, ...
www.casewatch.org/civil/akavar/**complaint**.shtml - 69k - Cached - Similar pages

Did you mean to search for: class **action** complaint pursuant to rule 23 fed. rules of civ.

1 2 3 4 5 6 7 8 9 10    **Next**

---

class aqction complaint pursuant to rule 23 fed. rules of civ.          Search

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve - Try Google Experimental

---

Google Home - Advertising Programs - Business Solutions - Privacy - About Google

# Google

haines v. kerner, 1972 | **Search** | Advanced Search
Preferences

Web    Books    Results **1 - 10** of about **30,400** for **haines v. kerner, 1972**. (0.34 seconds)

## HAINES V. KERNER, 404 U. S. 519 (1972) -- US Supreme Court Cases ...
**Haines v. Kerner**, 404 US 519 (**1972**) ... **HAINES V. KERNER**, 404 U. S. 519 (**1972**).
Subscribe to Cases that cite 404 U. S. 519 RSS feed for this section ...
supreme.justia.com/us/404/519/case.html - 15k - Cached - Similar pages

## Haines v. Kerner, 404 U.S. 519 (1972), U.S. Supreme Court Case ...
The Oyez Project, **Haines v. Kerner** , 404 U.S. 519 (**1972**) available at: (http://
oyez.org/cases/1970-1979/1971/1971_70_5025). (last visited Saturday, May 2, ...
www.oyez.org/cases/1970-1979/1971/1971_70_5025 - 25k - Cached - Similar pages

## Haines v. Kerner 1972.SCT.7 (http://www.versuslaw.com)
[2] **HAINES**. v. [3] **KERNER** ET AL. [4] No. 70-5025. BLUE BOOK CITATION FORM: **1972**.
SCT.7 (http://www.versuslaw.com). [5] Date Decided: January 13, **1972** ...
www.dadsnow.org/legal/**haines**.htm - 5k - Cached - Similar pages

## [PDF] Haines v. Kerner , 404 U.S. 519, 520-21 (1972). 1 IN THE UNITED ...
File Format: PDF/Adobe Acrobat - View as HTML
**Haines v. Kerner**, 404 U.S. 519, 520-21 (**1972**). 1. 1. IN THE UNITED STATES COURT
FOR THE DISTRICT OF UTAH. NORTHERN DIVISION. UNITED STATES OF AMERICA,
...
https://ecf.utd.uscourts.gov/cgi-bin/show_public_doc?2001cr0832-44 - Similar pages

## Haines v. Kerner, 404 U.S. 519 (1972) (per curiam), U.S. Supreme ...
**Haines v. Kerner**, 404 US 519 (**1972**) (per curiam), US Supreme Court - US Supreme
Court **HAINES v. KERNER**, 404 US 519 (**1972**) 404 US 519 **HAINES v. KERNER** ET AL.
supreme.vlex.com/vid/**haines-v-kerner**-19987407 - Similar pages

## [PDF] LEXSEE 404 U.S. 519,AT 521 HAINES v. KERNER ET AL. No. 70-5025 ...
File Format: PDF/Adobe Acrobat - View as HTML
**HAINES v. KERNER** ET AL. No. 70-5025. SUPREME COURT OF THE UNITED STATES.
404 U.S. 519; 92 S. Ct. 594; 30 L. Ed. 2d 652; **1972** U.S. LEXIS. 99; 16 Fed. ...
www.caught.net/**Haines_v_Kerner**_ProSe.pdf - Similar pages

## WYOM Found Document:HAINES v. KERNER, 404 U.S. 519 (1972)
**HAINES v. KERNER**, 404 US 519 (**1972**) 404 U.S. 519. Case Number: 70-5025. Case
Number: 70-5025. Decided: 01/13/**1972**. United States Supreme Court ...
wyomcases.courts.state.wy.us/applications/oscn/deliverdocument.asp?citeid=429303 - 13k
- Cached - Similar pages

## FindLaw | Cases and Codes
**KERNER**, 404 U.S. 519 (**1972**). 404 U.S. 519. **HAINES v. KERNER** ET AL. CERTIORARI
TO THE UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT No. 70-
5025. ...
caselaw.lp.findlaw.com/cgi-bin/getcase.pl?court=US&vol=404&invol=519 - 22k -
Cached - Similar pages

## 404 US 519 Haines v. J Kerner | Open Jurist
Francis **HAINES**, Petitioner, v. Otto J. **KERNER**, former Governor, State of Illinois, et al. No.
70-5025. Argued Dec. 6, 1971. Decided Jan. 13, **1972**. ...
openjurist.org/404/us/519 - 11k - Cached - Similar pages

## Defendants Rights Today - Google Books Result
by David Fellman - 1977 - Law - 462 pages
45 (February 1971): 403-7. 170. So the Supreme Court ruled squarely, for the first time, in
**Haines v. Kerner**. 408 US 238 (**1972**). ...

books.google.com/books?isbn=0299072045...

**1** 2 3 4 5 6 7 8 9 10     **Next**

haines v. kerner, 1972                    Search

Search within results - Language Tools - Search Help - Dissatisfied? Help us improve - Try Google Experimental

Google Home - Advertising Programs - Business Solutions - Privacy - About Google