UNITED STATES DISTRICT COURT

Northern District of California

TYRONE HUNT,

                Plaintiff(s),

  v.

COOPER,

                Defendant(s).
_____/

No. C 09-03387 MEJ

**ORDER RE-OPENING CASE**

**ORDER FOR CLERK OF COURT TO REASSIGN CASE**

On July 28, 2009, the Court dismissed the above-captioned matter, noting that Plaintiff Tyrone Hunt's handwritten complaint, including his address, was largely illegible, and the Court had no way of reaching Mr. Hunt regarding his case. (Dkt. #4.) However, the Court noted that if Mr. Hunt contacts the Court regarding his case, the Clerk of Court should obtain his address and reopen the case. *Id.*

The Court is now in receipt of a letter from Plaintiff requesting that all orders in this case be mailed to him for appeal to the United States Supreme Court. Upon review of the docket, it appears that Plaintiff has provided his address and declined magistrate jurisdiction, but the matter has not be re-opened and reassigned. Accordingly, the Clerk of Court shall re-open this case. As Plaintiff declined magistrate jurisdiction, the case shall be reassigned to a district court judge.

**IT IS SO ORDERED.**

Dated: May 20, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

TYRONE HUNT,

        Plaintiff,

  v.

COOPER et al,

        Defendant.

Case Number: CV09-03387 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 20, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tyrone Hunt
801 Penn. Ave
Washington, DC 20003

Dated: May 20, 2010

        Richard W. Wieking, Clerk
        By: Brenda Tolbert, Deputy Clerk

2