IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TYRONE HUNT,

      Plaintiff,

v.

COOPER,

      Defendant.

No. C 09-03387 JSW

**ORDER OF DISMISSAL**

      The Court has received Plaintiff's complaint and application to proceed *in forma pauperis*, both filed in this Court on July 23, 2009. The Court also notes the Order dated July 28, 2009 in which the complaint was dismissed without prejudice and the file closed for failure to maintain an updated address for Plaintiff. Having received a letter from Plaintiff dated May 19, 2010, the matter was reassigned to the undersigned. The original complaint was dismissed with leave to amend. On May 28, 2010, the undersigned issued an order of dismissal and set a deadline for filing an amended complaint.

      It is impossible to discern from Plaintiff's original complaint filed on July 23, 2009 many of the essential details of the events that triggered the lawsuit, the legal theories under which he seeks relief, or the causes of action against any particular named defendant. The handwriting is largely illegible and the attachments are not particularly elucidating. Plaintiff has failed to set forth "a short and plain statement of the claim showing that the pleader is entitled to relief" as required by Rule 8 of the Federal Rules of Civil Procedure. The Court admonished Plaintiff that failure to file a cognizable legal claim by June 18, 2010 would result in dismissal

of this action with prejudice.

Although the Court has received multiple letters from Plaintiff, none of them constitutes a short and plain statement of his claim. Accordingly, this action is DISMISSED WITHOUT LEAVE TO AMEND. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 28, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TYRONE HUNT,

          Plaintiff,

  v.

COOPER et al,

          Defendant.

Case Number: CV09-03387 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 28, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tyrone Hunt
801 Penn. Ave
Washington, DC 20003

Dated: June 28, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

3